HON. JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, SENTINEL INSURANCE COMPANY, LIMITED, PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BRIUS TELECOM SOLUTIONS, LLC,<br><br>Defendant. | NO. 2:22-cv-01596-RAJ<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED, by and between the undersigned counsel for Plaintiffs and Defendant, that pursuant to Rule 41(a)(1)(ii), the above captioned action be and hereby is dismissed without prejudice and without costs.

//

STIPULATION OF DISMISSAL – 1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE ST., SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

DATED this 4th day of August, 2023.

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

By: */s/Ramona N. Hunter*
    Ramona N. Hunter
    1700 7th Avenue, Suite 2100
    Seattle, WA 98101
    (206) 709-5866 (direct)
    (206) 709-5900 (main)
    (206) 709-5901 (fax)
    ramona.hunter@wilsonelser.com

*Attorney for Plaintiffs*

**BAILEY DUQUETTE P.C.**

By */s/ Hozaifa Y. Cassubhai*
    Hozaifa Y. Cassubhai, WSBA #39512
    William Burnside, WSBA #36002
    500 Union Street, Suite 800
    Seattle, Washington 98101
    (206) 225-2250 (direct)
    (888) 233-5869 (fax)
    hozaifa@baileyduquette.com
    will@baileyduquette.com

*Attorneys for Defendant*

STIPULATION OF DISMISSAL – 2

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE ST., SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)